**In the Matter of Failure to Comply with CONTINUING Legal EDUCATION REQUIREMENTS and/or Nonpayment of Attorney Registration Fees.**

No. 94S00–1005–MS–259.

Supreme Court of Indiana.

May 14, 2010.

*ORDER OF SUSPENSION OF CERTAIN ATTORNEYS FOR FAILURE TO PAY ATTORNEY REGISTRATION FEES and/or FAILURE TO COMPLY WITH CONTINUING LEGAL EDUCATION REQUIREMENTS*

The Clerk of the Court has notified this Court that certain attorneys have failed either to pay the annual registration fee required for them to be licensed to practice law in Indiana, or to file an exemption affidavit as contemplated by Indiana Admission and Discipline Rule 2. In addition, the Indiana Commission for Continuing Legal Education has notified the Court that certain attorneys have failed to comply with the continuing legal education requirements of Admission and Discipline Rule 29, Sections 3 or 10.

The Court finds that the attorneys listed on Exhibit A, which is attached to and expressly made a part of this order, have not complied with the Admission and Discipline Rules mentioned above, the basis or bases of their noncompliance being listed to the immediate right of each attorney's bar number. Accordingly, this Court finds that such attorneys should be and therefore ARE SUSPENDED from the practice of law in the State of Indiana.

Although the suspension is effective as of the date of this order for purposes of the reinstatement procedures that must be followed and/or any reinstatement fees that must be paid for reinstatement, the Court directs that the proscription against the actual practice of law will go into effect at 11:59 p.m. on Monday, June 7, 2010. The delay from the date of this order to the suspension date is for the sole purpose of allowing time for copies of this order to be sent, received, and acted upon by the suspended attorneys. Any attorney whose name appears on Exhibit A may be reinstated by complying with the applicable reinstatement procedures and by paying any applicable penalties. The reinstatement procedure for nonpayment of attorney fees can be found in Indiana Admission and Discipline Rule 2(h). The reinstatement procedure for failure to comply with continuing legal education requirements can be found in Indiana Admission and Discipline Rule 29, section 10(b). These rules can be found at *http://www.in.gov/judiciary/rules/ad_dis/index.html.*

Certain attorneys may have asked the Commission for extensions of time within which to comply with the Rules governing continuing legal education requirements. If the Commission has decided that sufficient reasons exist to grant an extension, as provided in Admission and Discipline Rule 29, Section 8, then the attorney's name will not appear on the list of suspended attorneys attached to this order.

The Clerk of this Court is directed to forward a copy of this Order and the suspension list, Exhibit A, to the Executive Secretary of the Indiana Supreme Court Disciplinary Commission; to the Executive Director of the Indiana Board of Law Examiners; to the Executive Director of the Indiana Commission for Continuing Legal Education; to the Supreme Court Administrator; to the Executive Director of State Court Administration; to the Indiana State Bar Association; to the Clerk of the U.S. District Court for the Southern District of Indiana; to the Clerk

of the U.S. District Court for the Northern District of Indiana; to all Clerks of the Circuit Courts of this State who, with the aid of the Judge of the Circuit Court in which that Clerk serves, shall post this Order for examination by the members of the bar; and to each of the attorneys listed on Exhibit A whose address is on the roll of attorneys.

All Justices concur.

## Exhibit A

*Allen County*

2616–02 *Fees*

**ERNEST MELVIN BEAL JR**
1515 MAGNAVOX WAY
FORT WAYNE, IN 46804

11958–71 *Fees*

**HARRY WETHERILL FOSTER III**
1817 SPY RUN AVENUE
FORT WAYNE, IN 46805

27148–90 *Fees*

**RYAN MICHAEL HASLER**
1630 W 275 N
ANGOLA, IN 46703

25246–02 *CLE*

**TREVOR JAY HOBBS**
3505 STONE CREEK RUN
FORT WAYNE, IN 46804

20530–02 *CLE, Fees*

**R. MARK KEATON**
P.O. BOX 11208
FORT WAYNE, IN 46856–1208

9734–02 *Fees*

**JAMES MICHAEL O'HARA**
P.O. BOX 2263
FORT WAYNE, IN 46801

*Bartholomew County*

1151–40 *Fees*

**HAROLD WAYNE WEBSTER**
1925 PARK VALLEY DRIVE
COLUMBUS, IN 47203

*Boone County*

7321–49 *Fees*

**ROBERT WILLIAM GROSS**
7325 HUNT CLUB DRIVE
ZIONSVILLE, IN 46077

5472–32 *CLE*

**LANA MARIE KRUSE**
628 NORTH LEBANON ST.
LEBANON, IN 46052–1716

*Carroll County*

20096–49 *Fees*

**ROBERT JOHN DONAHUE**
411 HERITAGE DRIVE NW
DELPHI, IN 46923–1933

*Dearborn County*

27480–15 *Fees*

**HON. AVIS RIVERA**
110 MAIN STREET
P.O. BOX 361
AURORA, IN 47001

*Delaware County*

16711–49 *CLE, Fees*

**BRIAN MICHAEL FITZWATER**
8401 NORTH TAHOE DRIVE
MUNCIE, IN 47303

10189–18 *CLE*

**THOMAS DEAN MARGOLIS**
309 NORTH HIGH STREET
MUNCIE, IN 47305

20481–49 *CLE*
**DOUGLAS KENNETH MAWHORR**
112 EAST GILBERT STREET
MUNCIE, IN 47305

*Floyd County*
17337–22 *Fees*
**MARY ANN PRESTIGIACOMO**
SUITE 200, ELSBY BLDG.
NEW ALBANY, IN 47150
19545–22 *Fees*
**CHARLES RICHARD RUSH**
421 WEST 1ST STREET
NEW ALBANY, IN 47150

*Grant County*
21424–27 *Fees*
**BEAU JACK WHITE**
141 SOUTH ADAMS STREET
MARION, IN 46952

*Hamilton County*
16660–49 *CLE*
**REBECCA KROEGER BROWNING**
414 NORTH CONCORD LANE
CARMEL, IN 46032
4033–49 *CLE*
**NICHOLAS THAYER BUSCHMANN**
3594 TAHOE ROAD
CARMEL, IN 46033
25529–49 *Fees*
**JEREMIAH DAVID CONLEY**
6030 DADO DRIVE
NOBLESVILLE, IN 46062
16783–49 *CLE*
**JI–QING LIU**

11581 WESTBURY PLACE
CARMEL, IN 46032
22452–45 *CLE*
**KAISER DARCEL LOWE**
12719 TOUCHDOWN DRIVE
FISHERS, IN 46037
27997–49 *Fees*
**JASMINE TENEILL PARSON**
8495 SCENIC VIEW DRIVE
APT. 105
FISHERS, IN 46038
14064–47 *CLE*
**CLIFFORD T. RUBENSTEIN**
11550 N. MERIDIAN STREET
SUITE 115
CARMEL, IN 46032
27707–49 *Fees*
**BRIDGET RANS STRONG**
14061 ASHLAKE LANE
FISHERS, IN 46038

*Hancock County*
24150–30 *Fees*
**TARA ANN DISBROW**
1017 WEST U.S. 40
GREENFIELD, IN 46140
23271–49 *Fees*
**DANIELLE KRISTEN LUHMANN**
15153 CLOVE HITCH COURT
FORTVILLE, IN 46040

*Harrison County*
14531–11 *CLE, Fees*
**RONALD D. CULLER**
7491 CORYDON RIDGE ROAD
LANESVILLE, IN 47136
25258–31 *CLE*

FREDERICK SCHULTZ HECHT
300 MCGRAIN STREET
APT.3
CORYDON, IN 47112
28334–49 *Fees*

JOSHUA OTTO SCHALK
4640 SHILOH ROAD SW
CORYDON, IN 47112

*Hendricks County*
15139–64 *CLE, Fees*

SCOTT EVAN CLEVELAND
P.O. BOX 171
AMO, IN 46103
27963–49 *CLE, Fees*

AUGUSTUS J. MENDENHALL
8443 CATCHFLY DRIVE
PLAINFIELD, IN 46168
18113–32 *Fees*

NANCY STARR PIERCY
429 GREAT LAKES CIRCLE W.
APT. C
AVON, IN 46123–4627
1144–32 *CLE*

RUSSELL M. WEBB JR
7386 BUSINESS CENTER DR.
SUITE A
AVON, IN 46123

*Howard County*
8436–34 *Fees*

BRADLEY DEAN HAMILTON
209 WEST WALNUT
KOKOMO, IN 46901

*Johnson County*
21907–88 *CLE*

TIMOTHY ALAN DOYLE
3382 AUBORN COURT
GREENWOOD, IN 46143
27583–41 *Fees*

MATTHEW JOSEPH KLEEMANN
444 OLD HICKORY LANE
GREENWOOD, IN 46142
27974–49 *Fees*

JOSEPH KIEL MUMMERT
1055 EAST JEFFERSON ST.
FRANKLIN, IN 46131
5886–41 *CLE*

CARMEN LARA QUINTANA
5062 NORTH GRAHAM ROAD
WHITELAND, IN 46184

*Kosciusko County*
26308–53 *CLE, Fees*

ROBERTO DOMINIQUE COLLETTE
401 EAST COLUMBIA STREET
PIERCETON, IN 46562
20347–02 *CLE*

DAVID NANTZ ROYSTER
ZIMMER INC.
P.O. BOX 708
WARSAW, IN 46581

*La Grange County*
17947–44 *CLE, Fees*

JEFFREY KYLE FETTERS
0940 E. 670S
WOLCOTTSVILLE, IN 46795

*Lake County*
27725–45 *Fees*

**MARY RIPPEY ANDERSON**
1245 HEMLOCK COURT
MUNSTER, IN 46321
18535–45 *CLE, Fees*

**MICHAEL JOHN BELLICH**
693 PENNOCK CIRCLE
CROWN POINT, IN 46307
17298–64 *Fees*

**WILLIAM EDWARD DITTRICH**
9219 INDIANAPOLIS BLVD.
HIGHLAND, IN 46322
18621–45 *CLE*

**THOMAS SCOT EHRHARDT**
9801 CONNECTICUT DRIVE
CROWN POINT, IN 46307
12695–45 *Fees*

**RICHARD GORDON HATCHER**
2210 HAYES
GARY, IN 46404
16564–45 *Fees*

**MARTIN DOUGLAS HOKE**
728 C NEWCASTLE DRIVE
SCHERERVILLE, IN 46375
23835–45 *Fees*

**JAMES CYRIL KOTZ**
1722 THISTLE LANE
MUNSTER, IN 46321
10225–45 *CLE, Fees*

**BRUCE ALAN LAMBKA**
120 1/2 SOUTH MAIN STREET
CROWN POINT, IN 46307
9983–45 *Fees*

**VICTOR L. LEAL**
1412 N. DWIGGINS
GRIFFITH, IN 46319

22465–64 *CLE*

**MARISSA JILL MCDERMOTT**
7134 KNICKERBOCKER PKWY.
HAMMOND, IN 46323
26508–45 *Fees*

**CARLA JAMELYN MORGAN**
3824 DRUMMOND STREET
EAST CHICAGO, IN 46312–2347
24524–45 *CLE, Fees*

**PHILIP CHIKE NCHEKWUBE**
6804 POLK STREET
MERRILLVILLE, IN 46411
20341–45 *CLE, Fees*

**JAMES STANLEY ROBINSON**
7232 NORTHCOTE AVENUE
HAMMOND, IN 46324
246–45 *CLE, Fees*

**ROBERT BERNARD SELUND JR**
2834 45TH STREET
STE. B
HIGHLAND, IN 46322
15268–53 *Fees*

**JAMES MARVIN SPIVAK**
P.O. BOX 125
SCHERERVILLE, IN 46375
19985–45 *Fees*

**FREDERICK JOHN TOM**
9350 PARKWAY DRIVE
HIGHLAND, IN 46322

*Madison County*
6980–48 *Fees*

**JAMES ELI FREEMAN JR**
1001 JACKSON
ANDERSON, IN 46016
11971–48 *CLE, Fees*

SAMUEL CRAIG HASLER
1106 MERIDIAN PLAZA
SUITE 251
ANDERSON, IN 46016
17384–46 *CLE, Fees*

JANINE L. SUTTON
3008 WEST 53RD STREET
ANDERSON, IN 46011

*Marion County*
15365–49 *CLE*

JACOB ATIA ATANGA
P.O. BOX 2121
INDIANAPOLIS, IN 46206
24045–49 *Fees*

MAXWELL NICHOLAS BARNES
600 EAST 96TH STREET
SUITE 600
INDIANAPOLIS, IN 46240
24759–49 *Fees*

REBECCA M. BARNES
324 EAST 45TH STREET
INDIANAPOLIS, IN 46205
27731–88 *Fees*

ETHAN GRAY BARTANEN
918 BARNWELL COURT
INDIANAPOLIS, IN 46217
26183–49 *CLE, Fees*

ALAN WILLIAM BAUERLE
6633 MILL RUN DRIVE
#1824
INDIANAPOLIS, IN 46214
12200–49 *CLE*

DAVID BRUCE BEHRMANN
4127 NORTH MERIDIAN ST.

INDIANAPOLIS, IN 46208
24898–49 *CLE*

CASSANDRA ANNE BENTLEY
6614 CAPRICORN DR. #2304
INDIANAPOLIS, IN 46237
2821–49 *CLE*

CLARENCE D. BOLDEN
1706 KENRUTH DRIVE
INDIANAPOLIS, IN 46260
21921–49 *CLE*

DEJUAN LAMONT BOUVEAN
3029 FOREST MANOR AVENUE
INDIANAPOLIS, IN 46218
23306–49 *Fees*

CONNIE FRALEY CAMPBELL
8153 PENN PLACE
INDIANAPOLIS, IN 46250
4346–49 *Fees*

JAMES PIERCE CAVANAUGH III
7168 GRAHAM ROAD
SUITE 160
INDIANAPOLIS, IN 46250
22207–30 *CLE, Fees*

ANDREW ERIC CLARK
424 E. WABASH STREET
INDIANAPOLIS, IN 46204
22596–49 *CLE, Fees*

ERIC SANFORD CROCKETT
6530 E. 55TH PLACE
INDIANAPOLIS, IN 46226
24739–49 *CLE, Fees*

ANTHONY J. DAMELIO JR
3950 PRIORITY WAY S. DR.
SUITE 210
INDIANAPOLIS, IN 46240
4407–49 *Fees*

GLENN EDWARD DAVIS JR
2910 EAST 96TH STREET
SUITE A
INDIANAPOLIS, IN 46240
22334–49 *CLE*

THOMAS JAMES DERUE JR.
200 W. WASHINGTON STREET
INDIANAPOLIS, IN 46204
21172–49 *Fees*

DONALD D. DOUGLASS JR
500 N. MERIDIAN ST. #100
INDIANAPOLIS, IN 46204
21605–02 *CLE*

ADAM MATHEW DULIK
120 EAST MARKET STREET
SUITE 615
INDIANAPOLIS, IN 46204
13963–49 *CLE, Fees*

MARGO ELIZABETH ECKARD
47 S. SPENCER AVENUE
INDIANAPOLIS, IN 46219
26358–49 *CLE*

KIMBERLY MICHELLE ENGLAND
5526 E. MICHIGAN STREET
INDIANAPOLIS, IN 46219
26364–49 *Fees*

NICOLE REED FINELLI
2619 BANEBERRY LANE #1114
INDIANAPOLIS, IN 46268
18971–64 *Fees*

DAVID HAROLD HAJEK
9339 PRIORITY WAY WEST DR
SUITE 200
INDIANAPOLIS, IN 46240
26395–49 *Fees*

RYAN ANDREW HAMILTON
300 NORTH MERIDIAN ST.
SUITE 2700
INDIANAPOLIS, IN 46204
28253–49 *Fees*

ALEX CHARLES HAMMOND
1529 N. ALABAMA STREET
UNIT E
INDIANAPOLIS, IN 46206
7478–49 *CLE*

GORDON LEE HARPER
4628 NORTH FRANKIN ROAD
INDIANAPOLIS, IN 46226
27157–49 *Fees*

MARK ALLEN HICKS
5217 NORTH ILLINOIS ST.
INDIANAPOLIS, IN 46208
26415–49 *Fees*

FELICIA LORRAINE HOWELLS
4841 COVERED BRIDGE ROAD
APT. C
INDIANAPOLIS, IN 46268
26002–49 *CLE*

KRISTINE ANDERSON KELLER
2301 N. PENNSYLVANIA ST.
INDIANAPOLIS, IN 46205
23629–49 *Fees*

JEFFREY KARL KERNER
4646 EVA LANE
INDIANAPOLIS, IN 46227
12854–49 *CLE, Fees*

JACK THOMAS KOLZE
5943 INDIANOLA AVE
INDIANAPOLIS, IN 46220
5298–49 *CLE, Fees*

DAVID KONNERSMAN

501 INDIANA AVE. STE. 200
INDIANAPOLIS, IN 46202
22428–29 *CLE*

**JEFFREY RYAN KOOI**
8720 CASTLE CREEK PARKWAY
SUITE 321
INDIANAPOLIS, IN 46250
24454–49 *Fees*

**THOMAS A. LADD**
300 NORTH MERIDIAN STREET
SUITE 2700
INDIANAPOLIS, IN 46204
11424–49 *Fees*

**KENT E. LAMB**
1404 MAIN STREET
SPEEDWAY, IN 46224
27921–49 *Fees*

**KRISTIN RENEE LAMB**
ONE INDIANA SQUARE
SUITE 1660
INDIANAPOLIS, IN 46204
26452–49 *CLE*

**AMY SUSAN LEVIN**
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN 46204
28369–02 *Fees*

**ERIC WALLACH MARTIN**
1103 ISLAND WOODS DR
INDIANAPOLIS, IN 46220
10872–49 *CLE, Fees*

**THOMAS JOSEPH MCNULTY**
7234 MERRIM ROAD
INDIANAPOLIS, IN 46240
27259–49 *Fees*

**JESSE KYLE MOLINE**

8615 MORGANTOWN ROAD
INDIANAPOLIS, IN 46217
11264–49 *CLE, Fees*

**THOMAS COBURN MOORE II**
ONE N. PENNSYLVANIA ST.
SUITE 240
INDIANAPOLIS, IN 46204
28366–49 *Fees*

**PRISCILLA PALMER OBERLE**
5819 NORTH NEW JERSEY ST.
INDIANAPOLIS, IN 46220
15535–49 *CLE, Fees*

**LINDA K. PRYOR**
4061 N. ILLINOIS STREET
INDIANAPOLIS, IN 46208
16287–49 *Fees*

**RUTH MEYER PURCELL**
6330 N. CHESTER AVENUE
INDIANAPOLIS, IN 46220
6429–30 *Fees*

**MATTHEW FRANCIS LOUIS PUROL**
842 N. BROADWAY STREET
INDIANAPOLIS, IN 46202–3459
27296–49 *Fees*

**ELIZABETH MARIE RAMSEY**
310 W. MICHIGAN ST.
APT. 629
INDIANAPOLIS, IN 46202
6626–49 *CLE, Fees*

**WILLIAM JOSEPH RAWLS**
6170 NORTH CRITTENDEN
INDIANAPOLIS, IN 46220
24503–49 *CLE*

**PATRICIA LOUISE RIOS**
6185 WASHINGTON BLVD.
INDIANAPOLIS, IN 46220

23734–53 *Fees*

**JAMES GRIFFITH SARBINOFF**
2113 EAST 65TH STREET
INDIANAPOLIS, IN 46220

18871–49 *Fees*

**TRINA SAUNDERS**
5334 FALLWOOD DRIVE
APT. 101
INDIANAPOLIS, IN 46220

13374–98 *Fees*

**WALTER E. SCHROEDER**
12384 GEIST COVE DRIVE
INDIANAPOLIS, IN 46236–7244

25784–49 *Fees*

**COURTNEY MICHELLE SCOTT**
6483 TOWNSEND WAY
INDIANAPOLIS, IN 46268

15108–49 *Fees*

**MICHAEL SEAN SHANAHAN**
SUITE 205
1213 N. ARLINGTON
INDIANAPOLIS, IN 46219

22183–49 *Fees*

**LLOYD K. SHELTON**
6251 WINTHROP AVENUE
SUITE 12
INDIANAPOLIS, IN 46220

23144–46 *CLE*

**THERESA LAUGHLIN SILVER**
10455 COLLEGE AVENUE
INDIANAPOLIS, IN 46280

16872–29 *Fees*

**ROBERT MERRILL SQUIER JR**
8115 KNUE ROAD
INDIANAPOLIS, IN 46250

28110–49 *Fees*

**MIRIAM LEILANI VIERNES**
5695 N. DELAWARE STREET
INDIANAPOLIS, IN 46220

22569–49 *CLE*

**ADAM MICHAEL WARNKE**
9203 CHAMPTON
INDIANAPOLIS, IN 46256

26964–49 *Fees*

**MICHAEL ROBERT WHITMORE**
8613 HIGHWOODS LANE
INDIANAPOLIS, IN 46278

1275–49 *Fees*

**DAVID LEE WILLS**
8940 DANDY CREEK DRIVE
INDIANAPOLIS, IN 46234

26154–49 *CLE*

**MAKSAT YERASSILOV**
7141 KNOLLVALLEY LANE
INDIANAPOLIS, IN 46256

26940–49 *CLE, Fees*

**DINA JIE YIN**
EAST 96TH STREET
SUITE 600
INDIANAPOLIS, IN 46240

*Marshall County*

27506–71 *Fees*

**WILLIAM ROBERT MISHLER**
123 NORTH SENTER STREET
P.O. BOX 56
BREMEN, IN 46506

9612–50 *Fees*

**JON EATHAN NEWCOMB**
123 NORTH CENTER STREET
BREMEN, IN 46506

*Monroe County*

25432–53 *CLE, Fees*
JOHN LEONARD PEAK
2525 E. BETHEL LANE
BLOOMINGTON, IN 47408

*Morgan County*

7934–49 *CLE*
SHAROLYN ESTHER HICKS
8594 N. BRIARWOOD LK.
EAST DRIVE
MONROVIA, IN 46157

*Porter County*

24071–64 *CLE*
CAROL BAGGE ALBERTI
1521 HOGAN AVENUE
CHESTERTON, IN 46304

*Putnam County*

28420–67 *Fees*
A BEATRICE TRAVIS
6624 E. COUNTY RD. 600 N
BAINBRIDGE, IN 46105

*St. Joseph County*

23263–71 *CLE*
BRIAN EUGENE CASEY
100 NORTH MICHIGAN STREET
SUITE 600
SOUTH BEND, IN 46601
3943–71 *Fees*
JOHN JOSEPH CONNAUGHTON
1516 MARQUETTE BLVD.
SOUTH BEND, IN 46628
24948–02 *Fees*
SYLVIA J. HOUSE

P.O. BOX 4424
SOUTH BEND, IN 46634
26867–71 *CLE*
DANAS LAPKUS
10040 GLYNWATER COURT
GRANGER, IN 46530
6169–71 *Fees*
ROBERT E. RODES JR
NOTRE DAME LAW SCHOOL
NOTRE DAME, IN 46556
16498–71 *Fees*
GLENN JOSEPH ROSSWURM II
5504 OTTAWA COURT
APT. 3A
MISHAWAKA, IN 46545
26243–49 *Fees*
TENNEIL ERYN SELNER
103 W. WAYNE ST.
STE. 206
SOUTH BEND, IN 46601
1606–49 *CLE, Fees*
JOHN B. SWARBRICK JR
UNIVERSITY OF NOTRE DAME
112 JOYCE CENTER
NOTRE DAME, IN 46556

*Scott County*

11575–45 *Fees*
JEFFRY ALLAN HARRIS
P.O. BOX 265
SCOTTSBURG, IN 47170

*Spencer County*

8845–74 *CLE*
SIDNEY R. LINDSEY
217 MAIN STREET
ROCKPORT, IN 47635

*Tippecanoe County*

9178–79 *Fees*

**JOHN HENRY MEYERS IV**
P.O. BOX 2402
WEST LAFAYETTE, IN 47996

11076–49 *Fees*

**MARVIN RAY SCHLATTER**
PURDUE UNIVERSITY
WEST LAFAYETTE, IN 47907

*Vanderburgh County*

16737–49 *CLE*

**SARA HARRISON HOWARD**
P.O. BOX 1287
25 NW RIVERSIDE DRIVE
EVANSVILLE, IN 47706–1287

25818–82 *Fees*

**GREGORY DANIEL STIEFVATER**
2405 NORTH GREENRIVER RD.
EVANSVILLE, IN 47715

21915–82 *CLE*

**CHAD JACOB SULLIVAN**
ONE MAIN STREET
SUITE 600
EVANSVILLE, IN 47708

*White County*

26176–49 *Fees*

**DANIEL BAXTER WANN ALTMAN**
116 CONSTITUTION PLAZA
MONTICELLO, IN 47960

*OTHER*

15683–29 *Fees*

**TIMOTHY PAUL ALCORN**
3806 BELLINGER WAY
MISSOURI CITY, TX 77459

18516–49 *CLE, Fees*

**PAUL NEJAT ALP**
324 G STREET S.W.
WASHINGTON, DC 20024

10481–98 *CLE*

**JOSEPH JERALD ANDREW**
1301 K STREET, NW
SUITE 600
WASHINGTON, DC 20005

25263–45 *Fees*

**DAVID AUGUSTINE ARGAY**
3349 NORTH KENMORE AVE.
#1F
CHICAGO, IL 60657

18339–49 *CLE*

**BETSY MCKEE AULT**
12517 TIVERTON LANE
GLEN ALLEN, VA 23059–7018

27515–10 *Fees*

**THOMAS ELLIS BANKS II**
1274 CHEROKEE ROAD
LOUISVILLE, KY 40204

25267–49 *CLE*

**JUSTIN WILLIAM BARTLETT**
927 OREGAN TRAIL
WYOMING, OH 45215

22274–17 *CLE*

**DOUGLAS WESLEY BELLA**
4N734 EAST BLUE LAKE CIR
SAINT CHARLES, IL 60175

4113–49 *Fees*

**FRANKLIN FREDERICK BENTON**
3100 WEST END AVENUE
SUITE 200
NASHVILLE, TN 37203

12210–98 *Fees*

**ERWIN FRANKLIN BERRIER JR**
128 BUFFLEHEAD DRIVE
KIAWAH ISLAND, SC 29455
26008–49 *CLE*

**ANDREA DAENILLE BONDS**
3837 CASTLE CONNOR DR.
RICHTON PARK, IL 60471
21957–53 *Fees*

**LINDSAY THOMAS BOYD**
P.O. BOX 456
ELMHURST, IL 60126
23430–71 *CLE*

**ANDREW GEORGE BRANIFF**
401 E. ST. NE
WASHINGTON, DC 20002
22221–49 *CLE*

**DELNISEA MONIQUE BROADNAX**
1371 E. TANNERS CREEK DR.
NORFOLK, VA 23513
19024–49 *CLE*

**JEANETTE MACLEOD BROOK**
1200 SEVENTEENTH STREET
SUITE 2400
DENVER, CO 80202
27755–53 *CLE, Fees*

**JOSHUA BRANDT BROOKS**
3200 SOUTH FIRST STREET
#210
AUSTIN, TX 78704
4337–98 *CLE*

**DANIEL DALE BROWN**
819 SHERMAN
DANVILLE, IL 61832
3018–49 *CLE*

**ROBERT ALVIN BURNS**
5786 W. WOODSIDE DRIVE
CRYSTAL RIVER, FL 34429
20824–49 *CLE*

**CHRISTOPHER LEE BUTZ**
1500 N LAKE LEELANAU DR
LAKE LEELANAU, MI 49653
26791–71 *CLE*

**CORDELL CARTER JR**
4315 SOUTH WEBSTER STREET
SEATTLE, WA 98118
19235–22 *CLE, Fees*

**MICHAEL PATRICK CASEY**
315 BEAUMONT CENTER CIR.
SUITE 200
LEXINGTON, KY 40513
23901–71 *Fees*

**CHRISTINE ELIZABETH CLARK**
320 NORTH CLINTON
UNIT A
CHICAGO, IL 60601
17271–02 *Fees*

**PAUL PHILIP CLEMENS**
2311 BRANDONWOOD ROAD
TUSCALOOSA, AL 35406
3587–02 *Fees*

**ROBERT BARRETT COCKRUM**
3630 4TH AVENUE NE
BRADENTON, FL 34208
14213–49 *Fees*

**ALAN HUDSON COFFEY**
COFFEY COMMUNICATIONS INC
1505 BUSINESS ONE CIRCLE
WALLA WALLA, WA 99362
14214–49 *CLE*

**LESTER H. COHEN**
1459 WOLF RUN ROAD

RENO, NV 89511

24581–31 *CLE*

**JEANNETTE MARIE CONRAD**

35 EAST WACKER DRIVE

SUITE 500

CHICAGO, IL 60601

13943–79 *Fees*

**CHRISTOPHER DWIGHT CORRIGAN**

5560 TENNYSON PKWY.

PLANO, TX 75024

10804–98 *Fees*

**E. BRIAN DAVIS**

6911 SPRIG LEAF CIRCLE

LOUISVILLE, KY 40241–6255

28189–82 *Fees*

**JAMES BARTOW DAVIS**

2901 PEBBLEWOOD DRIVE

VALDOSTA, GA 31602

12433–98 *Fees*

**PAUL E. DEATS**

60296 M–62

CASSOPOLIS, MI 49031

24460–49 *CLE*

**MICHAEL KERRY DEKRUIF**

1125 E. BROADWAY

#287

GLENDALE, CA 91205

14816–35 *Fees*

**CATHERINE IRENE DILLEY**

2851 ROLLING HILLS ROAD

SPACE 220

FULLERTON, CA 92835

10755–98 *CLE*

**DONALD ALOYSIUS DOHENY JR**

7590 NORTH GILMORE ROAD

HAMILTON, OH 45015

14822–22 *CLE*

**CYRUS GILMORE DUTTON III**

513 MAIN STREET

P.O. BOX 967

SHELBYVILLE, KY 40066

21153–10 *CLE*

**ANGELA BETH EHRINGER**

7462 SCARLET IBIS LANE

JACKSONVILLE, FL 32256

19085–15 *Fees*

**FRANK ERIC ESPOHL**

8075 BEECHMONT AVE.

CINCINNATI, OH 45255

23561–49 *Fees*

**THOMAS RYAN EWICK**

14 HOMEWOOD COURT

SPRINGFIELD, IL 62704

22351–49 *Fees*

**ERIC WILLIAM FALBE**

4012 E. CLAREMONT AVENUE

PARADISE VALLEY, AZ 85253

13838–45 *CLE*

**PATRICK JOSEPH FANNING**

10 SOUTH RIVERSIDE DR.

SUITE 1770

CHICAGO, IL 60606

27703–49 *CLE*

**WILLIAM B. FECHER**

3700 CAREW TOWER

441 VINE STREET

CINCINNATI, OH 45202

16032–53 *Fees*

**MARY E. FECHTIG**

2038 NORTH CLARK, #345

CHICAGO, IL 60614

24875–49 *Fees*

**MICHELLE DAWN FIFE**
1902 FILBERT STREET
SAN FRANCISCO, CA 94111
18636–67 *Fees*

**DONNA ELSEN FLOYD**
12706 WILLOW PARK DRIVE
LOUISVILLE, KY 40299
23788–53 *Fees*

**TAMU KENYATTA FLOYD**
3410 ARROYO OAK DRIVE
SAN ANTONIO, TX 78247
18235–45 *CLE, Fees*

**JEFFREY LOREN FREEMAN**
129 S. CRESTMOOR AVENUE
LOUISVILLE, KY 40206
20590–49 *CLE*

**LINDA A. GRAFT**
1250 SOUTH INDIANA AVENUE
#109
CHICAGO, IL 60605
15443–20 *Fees*

**MICHAEL JOSEPH GRATTAN III**
109 WEST KENNEDY AVENUE
GRAND JUNCTION, CO 81501
26278–71 *CLE*

**JULIE REGINA GUNNIGLE**
3308 N. OAKELY #1F
CHICAGO, IL 60618
16049–49 *Fees*

**MARK CHRISTOPHER GUTHIER**
7705 BRULE STREET
MADISON, WI 53717
19809–49 *CLE*

**RANDOLPH MARTIN HAMMOCK**

21054 SHERMAN WAY, 3RD FL
CANOGA PARK, CA 91303
8559–41 *Fees*

**RANDALL ALBERT HARNISCH**
768 EISENHOWER DR. N.W.
SALEM, OR 97304
27447–10 *Fees*

**AMANDA L. HARTLEY**
150 SOUTH THIRD STREET
LOUISVILLE, KY 40202
7601–49 *Fees*

**DENNIS COURTLAND HAYES**
4805 MT. HOPE DRIVE
BALTIMORE, MD 21215
12090–02 *Fees*

**SCOTT KENDALL HEDEEN**
P.O. BOX 2265
DOTHAN, AL 36302–2265
8391–98 *Fees*

**ORLANDO MARAVILLAS HERNAN-DO**
209 SHERWOOD COURT
MOORE, OK 73160
20935–02 *CLE, Fees*

**KERRY MICHAEL HULTQUIST**
1433 CUYLE STREET
BERWYA, IL 60402
25646–71 *Fees*

**CRYSTAL NOVOSEL JOHNSON**
P.O. BOX 682
KANE, PA 16735
5026–22 *Fees*

**CHARLES DAVID JOHNSTONE**
1024 CAPITAL CENTER DRIVE
SUITE 200
FRANKFORT, KY 40601–8204

27188–49 *CLE*

**JOI NKECHI KAMPER**

4935 S GREENWOOD

CHICAGO, IL 60615

24542–70 *Fees*

**ABIGAIL FORTUNE KEATON–MONTES**

306 NORTH SIXTH STREET

ROGERS, AR 72756

27424–44 *CLE, Fees*

**RON W. KIMBREL**

151 SOUTH ROSE STREET

SUITE 900

KALAMAZOO, MI 49007

14591–49 *Fees*

**BETTY ESTELLE LANDIS**

206 THIRD AVENUE

ALTOONA, PA 16602

15215–45 *CLE, Fees*

**THEODORE STANLEY LEONAS JR**

12211 CATAWBA CT

HOMER GLEN, IL 60491

13707–53 *Fees*

**ELLIOT RAPHAEL LEWIS**

161 TIMBER VIEW DRIVE

OAK BROOK, IL 60523

24996–49 *CLE*

**JAMES L. LIGGINS JR.**

277 SOUTH ROSE STREET

SUITE 5000

KALAMAZOO, MI 49007

22157–45 *CLE*

**JONATHAN MARK LIVELY**

SEARS TOWER, SUITE 5500,

233 SOUTH WACKER DRIVE

CHICAGO, IL 60606

21000–49 *Fees*

**WILLIAM LYNCH**

260 18TH STREET

#10221

ATLANTA, GA 30363

24286–82 *Fees*

**BRENDA KAY MAGSIG**

3202 EAST JAMIE AVENUE

MASION, IL 62959

22077–45 *CLE*

**RAMSEY LEWIS MALLORY SR**

700 ADELLA AVENUE

JOLIET, IL 60433

26470–49 *CLE*

**WARREN ALBERT MARGOLIES**

1601 18TH STREET, NW

APT. 213

WASHINGTON, DC 20009

19330–49 *Fees*

**EMILY DUCK MARSHALL**

1224 ASBURY AVENUE

EVANSTON, IL 60093

23062–53 *CLE*

**AARON OLLICE MATTHEWS**

212 EAST GRAND RIVER AVE.

LANSING, MI 48906

20315–49 *Fees*

**ANN GARVEY MEULBROEK**

230 EAST WOODLAND

LAKE BLUFF, IL 60044

28387–49 *Fees*

**CAROLYN ABBEY MILLER**

77 WEST WACKER DRIVE

50TH FLOOR

CHICAGO, IL 60601

26883–49 *CLE*

**ZACHARY BENJAMIN MILLER**

675 TOWNSEND AVENUE

UNIT 124

NEW HAVEN, CT 06512

24313–64 *CLE*

**BRIAN DUANE MOBLEY**

606 WEST CORNELIA AVENUE

APT. 591

CHICAGO, IL 60657

13058–98 *CLE, Fees*

**BELINDA SUE MORTON**

P.O. BOX 600

FAYETTEVILLE, WV 25840

14918–49 *Fees*

**R. REID NELSON**

811 A BLANCO STREET

AUSTIN, TX 78703

11271–49 *Fees*

**COLLEEN FLANIGAN NEWCOMB**

P.O. BOX 455

SPRUCE HEAD, ME 04859

15233–49 *Fees*

**KELLY JOE NORTON**

147 WEST CUMBERLAND ST.

P.O. BOX 130

MARTINSVILLE, IL 62442

15072–98 *Fees*

**WALTER ORR**

13346 PURPLE SAGE

DALLAS, TX 75240

17095–53 *CLE*

**JANET LYNN PARSANKO**

P.O. BOX 694

BILLINGS, MT 59103

24723–31 *CLE*

**ROBERT EUGENE PATISON**

2860 HUDSON AVENUE

CORONA, CA 92881

12282–98 *Fees*

**DIANE TERESE PATRICK**

13500 S.W. 66TH AVENUE

PINECREST, FL 33156

22504–79 *CLE, Fees*

**MARK RICHARD PENNEY**

3634 N. DAMEN AVENUE

CHICAGO, IL 60618

5920–98 *CLE, Fees*

**WILLIAM CHARLES RASTETTER III**

420 EAST FRONT STREET

TRAVERSE CITY, MI 49686

27699–46 *Fees*

**MARGO CHRISTINE RUNKLE**

P.O. BOX 344

UNION PIER, MI 49129

198–98 *Fees*

**THOMAS LEE SCHOAF**

122 S. LITCHFIELD RD.

GOODYEAR, AZ 85338

21077–71 *CLE*

**DREW FREDRIC SEAMAN**

1014 MAIN ST.

P.O. BOX 318

ST. JOSEPH, MI 49085

2113–10 *Fees*

**NADER G. SHUNNARAH**

200 SOUTH FIFTH STREET

SUITE 5 NORTH

LOUISVILLE, KY 40202

20370–98 *Fees*

**TZOCHING ALLEN SHYU**

14/F, HUTCHISON HOUSE
10 HARCOURT ROAD
HONG KONG SAR, CHINA
16865–49 *Fees*

**SARA ROLLINS SLAUGHTER**
3930 N. SEELEY AVE.
CHICAGO, IL 60618
24407–53 *Fees*

**BENJAMIN GEORGE SOSNOFF**
25 RIVERPLACE DRIVE
APT 25–28
SOUTH PORTLAND, ME 04106
13472–98 *Fees*

**MICHAEL JOE STARRETT**
18 CARRIAGE WAY WEST
ST. PETERS, MO 63376
1914–49 *Fees*

**JOAN ANTOINETTE STRINGER**
4533 RIVERVIEW AVENUE
LOUISVILLE, KY 40211
24423–32 *Fees*

**JIMMY TERRY JR.**
128 ELIZABETHTON WAY
CLINTON, TN 37716
11433–64 *Fees*

**DARRYL KEITH THOMAS**
100 BROOKWOOD PL.
SUITE 500
BIRMINGHAM, AL 35209
13534–98 *Fees*

**ANN CURRY THOMPSON**
660 WOODWARD AVE., #2300
2300 FIRST NATL. BLDG.
DETROIT, MI 48226
878–02 CLE, *Fees*

**DAVID ALAN TRAVELSTEAD**
11750 ARCADIA LAKE ROAD
MARION, IL 62959
15087–10 *Fees*

**CHARLES LEE TRIPLETT**
1000 DEVON COURT
GOSHEN, KY 40026
2204–98 *Fees*

**CHARLES IGNATIUS MARK TURNER**
P.O. BOX 7042
930 NEWARK AVE.
JERSEY CITY, NJ 07307
22777–79 *Fees*

**LISA ANN TURNER**
222 FLAMINGO DRIVE
LOUISVILLE, KY 40218
21420–49 *Fees*

**STUART MARTIN WEG**
201 ST. CHARLES AVE.
SUITE 114–104
NEW ORLEANS, LA 70170
1160–98 *CLE, Fees*

**DAVID CLAYTON WEIGEL**
COLLIER CTY. GOVT. CTR.
8TH FLOOR
NAPLES, FL 34112
10483–49 *Fees*

**PETER HOLLAND WEMPLE**
P.O. BOX 8556
JACKSON, WY 83002
18223–71 *Fees*

**LAWRENCE RICHARD WILLIAMS II**
12755 N.W. CREEKSIDE DR.
PORTLAND, OR 97229
13675–98 *Fees*

**DENNIS BAILEY WOLKOFF**

20 LOWELL STREET

CAMBRIDGE, MA 02138

20439–02 *Fees*

**JENNIFER DIANE YODER**

105 NORTH ORCHARD

FARMINGTON, NM 87401

10942–71 *Fees*

**GREGORY PAUL YOURA**

100 GALLERIA PARKWAY

SUITE 600

ATLANTA, GA 30339

24529–49 *Fees*

**MARY A. ZACHAR**

11755 WILSHIRE BLVD.

15TH FLOOR

LOS ANGELES, CA 90025

1495–49 *CLE, Fees*

**DAVID LOUIS ZOELLER**

816 WEST BLAINE STREET

SEATTLE, WA 98119